**E-filed 2/1/06**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00120 JF |
| Plaintiff, | [PROPOSED] ORDER CONTINUING SENTENCING HEARING |
| v. | |
| JESUS FERNANDEZ-ZAMORA, | |
| Defendant. | |

The parties have jointly requested a continuance of the hearing set for February 1, 2006, on grounds that additional time is needed for preparation of the Presentence Report and consideration by the Probation Office of medical records regarding Mr. Fernandez-Zamora. Additionally, this case has been reassigned within both the Federal Public Defender's Office and the U.S. Attorney's Office.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing hearing presently set for February 1, 2006, is continued to April 26, 2006, at 9:00 a.m.

Dated:  2/1/06

_____
JEREMY FOGEL
United States District Judge

ORDER CONTINUING SENTENCING
No. CR 05-00120 JF                    1

1
2  Distribute to:

3  Lara Vinnard
   Assistant Federal Public Defender
4  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
5  Counsel for Defendant

6  Matt Harris
   Assistant United States Attorney
7  150 Almaden, Suite 900
   San Jose, CA 95113
8  Counsel for the United States

9  Jack Roberson
   U.S. Probation
10 280 S. First Street
   San Jose, CA 95113

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26