BARRY J. PORTMAN
Federal Public Defender
JAY RORTY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant FERNANDEZ-ZAMORA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JESUS FERNANDEZ-ZAMORA, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 05-00120 JF <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING DATE** |

      Assistant United States Attorney Scott C. Tsui and defendant, Jesus Fernandez-Zamora, through his counsel, Assistant Federal Public Defender Jay Rorty, stipulate and agree that the status date in the above-captioned matter, presently scheduled for Thursday, April 27, 2006, should be continued to Wednesday, May 10, 2006, at 9:00 a.m.

      Mr. Fernandez-Zamora was arraigned on the Indictment on March 9, 2005, and this case is presently set for sentencing before the Court.  The parties stipulate and agree that the sentencing date should be continued in order to allow completion of the final pre-sentence report and provide the parties the opportunity to file sentencing memoranda.  In addition, U.S. Probation Officer Jack Roberson has been notified and has no objection to the continuance.

| | | |
|---|---|---|
| 1 | Dated: April 24, 2006 | _____/s/_____ |
| 2 | | JAY RORTY |
| | | Assistant Federal Public Defender |
| 3 | | |
| 4 | Dated: April 24, 2006 | _____/s/_____ |
| | | MATT HARRIS |
| 5 | | Assistant United States Attorney |

2

\*\*E-filed 5/1/06\*\*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00120 JF |
| Plaintiff, | [~~PROPOSED~~] **ORDER CONTINUING SENTENCING DATE AND** |
| v. | |
| JESUS FERNANDEZ-ZAMORA, | |
| Defendant. | |

The parties have jointly requested to continue the sentencing date set for April 27, 2006 to May 10, 2006 at 9:00 a.m.,

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing date presently set for April 27, 2006 be continued to Wednesday, May 10, 2006, at 9:00 a.m.

Dated: April 27, 2006

_____
~~RONALD M. WHYTE~~ JEREMY FOGEL
United States District Judge

1   Distribute to:

2

    Jay Rorty
3   Assistant Federal Public Defender
    160 West Santa Clara Street, Suite 575
4   San Jose, CA 95113
    Counsel for Defendant
5
    Scott C. Tsui
6   Assistant United States Attorney
    150 Almaden Blvd., Suite 900
7   San Jose, CA 95113
    Counsel for the United States

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26