UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

**FILED**

MAY 1 9 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT FOURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>V.<br><br>JESUS FERNANDEZ-ZAMORA,<br>Defendant.<br>_____/ | Case No. CR-05-00120-JF<br><br><u>SEALING ORDER PURSUANT<br>TO GENERAL ORDER 54</u> |

The following documents in this action are placed under seal and shall not be opened except by the United States Sentencing commission for its eyes only and shall not be transmitted or otherwise opened except by order of this court upon application.

   x    Presentence Report

   ___   Plea Agreement

   x    Statement of Reasons

IT IS SO ORDERED.

DATED: May 18, 2006

_____
JEREMY FOGEL
United States District Judge